KEVIN D. CLYMO
Attorney at Law
Ca. St. Bar No. 88562
1812 J Street, Suite 22
Sacramento, California 95814
Telephone: (916) 447-1200

Attorney for Defendants
BRIAN BASTI
FRANK BASTI

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No. CR.S-05-014 DFL |
|                              ) | |
|           Plaintiff,         ) | |
|                              ) | |
|      v.                      ) | STIPULATION AND PROPOSED ORDER |
|                              ) | TO CONTINUE DATE TO SURRENDER |
| BRIAN BASTI and              ) | FOR SERVICE OF SENTENCE |
| FRANK BASTI,                 ) | |
|                              ) | |
|           Defendants.        ) | |
| _____ ) | |

　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Matthew C. Stegman, Assistant United States Attorney, together with counsel for defendants, Kevin D. Clymo, that the previously set surrender date of October 20, 2005 be continued to January 5, 2006. IT IS SO STIPULATED.

Dated: October 18, 2005　　　　　　　　　s/Kevin D. Clymo
　　　　　　　　　　　　　　　　　　　　　KEVIN CLYMO
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　　　　　　Brian Basti and Frank Basti

Dated: October 18, 2005　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　by:　 s/Matthew C. Stegman[1]
　　　　　　　　　　　　　　　　　　　　　MATTHEW C. STEGMAN
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

---

[1] Kevin D. Clymo has obtained authorization to sign on behalf of Matthew C. Stegman

1

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the October 20, 2005 surrender date be continued to January 5, 2006.

Dated: 10/19/2005

_____
DAVID F. LEVI
United States District Judge