KAREN L. LANDAU, ESQ. CSB 128728
LAW OFFICES OF ALAN ELLIS
495 Miller Ave.
Mill Valley, CA 94941
(415) 380-2550
(415) 380-2555 (fax)
email: kllalawr@mindspring.com

Attorneys for Defendant
Frank Basti

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR 05-00014-DLJ |
| Plaintiff, | ) ORDER RE SEALING |
| vs. | ) |
| FRANK BASTI, | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Reply accompanying the Motion to Seal be filed under seal.

IT IS SO ORDERED.

Dated:  February 28, 2008

_____
HON. D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States, over the age of 18 years and not a party to the within cause; my business address is 2626 Harrison St., Oakland, California 94612.

On February 27, 2008, I served a copy of the attached

Proposed Order re Sealing

upon the interested parties herein, by causing a true and correct copy of said documents to be enclosed in a sealed envelope and deposited in the United States mail at Oakland, California, addressed as follows:

Terri Wilkins
United States Probation Officer
501 I St., Suite 2500
Sacramento, CA 95814

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 27, 2008.

_____
Karen Landau