UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

```
UNITED STATES OF AMERICA,    )
                             )    No. S 05-cr-0014-DLJ
          Plaintiff,         )
                             )
     v.                      )
                             )    ORDER
FRANK BASTI,                 )
                             )
          Defendant.         )
_____)
```

This case is before the Court for Reduction of Sentence for Changed Circumstances pursuant to Fed. R. Crim. P. 35(b).  The Court has decided upon the Specific Sentence to be imposed after reviewing and considering sentencing memoranda filed with the Court by both the Defendant and the Government.

IT IS SO ORDERED

Dated:    March 7, 2008

_____
          D. Lowell Jensen
     United States District Judge